**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

HANCOCK BANK, a Mississippi
banking corporation,

    Plaintiff/Judgment Creditor,

v.                                        Case No. 3:13cv622/MCR/EMT

THOMAS R. SYVERSON and
PATRICIA A. JONES,

    Defendants/Judgment Debtors,
                                          /

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Amended Report and Recommendation dated March 25, 2015. (Doc. 79). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Amended Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff/Judgment Debtor's motion to withdraw (doc. 76) is **GRANTED** and Plaintiff/Judgment Creditor's Motion for Final Judgment and related objections (docs. 72, 72, 73) are deemed **WITHDRAWN**.

    3.    Defendants/Judgment Debtors' requests for hearing (docs. 63, 64, 65, 66, 67, 68) are **DENIED AS MOOT**.

    4.    The writs of garnishment issued as to Garnishees Bank of America, Regions Bank, and Wells Fargo (docs. 26, 27, 32, 33, 51, 52) are **DISSOLVED**.

5.      Garnishees SunTrust and Coastal Bank and Trust are **DISCHARGED** from further liability under the writs of garnishment issued as to them (docs. 38, 39, 44, 45).

6.       The clerk of court is directed to refund to Plaintiff/Judgment Debtor the deposits for the writs of garnishment issued to Garnishees Bank of America, Coastal Bank and Trust, and SunTrust Bank (*see* docs. 10, 11, 16, 17, 49), for a total amount of $500.00.

**DONE AND ORDERED** this 23rd day of April 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**